**Affirmed and Memorandum Opinion filed July 18, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00795-CR

**CONSUELO GRAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 85th District Court**
**Brazos County, Texas**
**Trial Court Cause No. 22-01816-CRF-85**

## MEMORANDUM OPINION

Appellant Consuelo Gray appeals her conviction for manufacture or delivery of a controlled substance causing death or serious bodily injury. Tex. Health & Safety Code § 481.141. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable

grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Jewell, Zimmerer, and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b).